FILED
CLERK, U.S. DISTRICT COURT

APR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-914 -SVW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |
| v. Tyrone Costos | |
| Defendant. | |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.   (X)   the appearance of the defendant as required; and/or

    B.   (X)   the safety of any person or the community.

The Court concludes that :

A. (X) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

LACK OF BAIL RESOURCES

ALLEGATION OF RECENT MOVE

B. (X) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

ALLEGATION OF DRUG USE

IT IS ORDERED that defendant be detained.

DATE: April 19, 2013

/s/ Michael R. Wilner

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE